UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Felicia D. Allen,            )
                                    )
          Debtor.                   )   Case No. 17-30971
                                    )   Chapter 13

## AFFIDAVIT OF DEBTOR REGARDING MOTION TO IMPOSE STAY

I, Felicia Allen, being first duly sworn upon oath, depose and say:

1. That I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the facts stated herein.

2. That I have had two previous cases under Title 11 dismissed within 1 year of the filing of this present Chapter 13 bankruptcy.

3. That since the dismissal of the previous bankruptcy, there has been a substantial change in my personal and financial affairs in that my previous case, 14-26249, was dismissed because I was not able to afford the increase in plan payments. Acting on the advice of my previous counsel, I voluntarily dismissed my case. I refiled a case on May 1, 2017, case number 17-24216. My previous counsel informed me that there was a motion to dismiss filed in my last case because I did not provide my tax returns. I furnished my tax returns to my counsel and I thought the motion to dismiss was resolved. My previous counsel did not explain that the Motion to Dismiss was also for failure to make plan payments. I incorrectly assumed that my plan payments were being deducted my paychecks. My previous counsel did not inform me that the payments were not being sent to the Trustee from my payroll. In the present case, I have hired new counsel to

Michael J. Watton, Esq.
Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Telephone: (414) 273-6858
Facsimile: (414) 273-6894

represent me. Additionally, I understand the requirement of making all plan payments on time or my case will be dismissed.

4. That this present Chapter 13 bankruptcy will result in a confirmed plan which will be fully performed.

Dated: 11/8/2017

_____
Felicia D. Allen

Subscribed and sworn to before me this ___8___ of November, 2017.

_____
Notary Public
My commission is permanent

KELLY E. KLAWONN
NOTARY PUBLIC
STATE OF WISCONSIN